UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
AT SEATTLE

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

January 15, 2025

**BOYCAT INC V. MICROSOFT CORPORATION**
Case # 2:25–cv–00088–BAT

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

    **Improper Signature – Secondary Attorney(s)**
    The secondary attorney(s) Joan Pradhan indicated in your document(s) is/are not properly before this Court and has/have been removed from the docket. Please file a Notice of Appearance for attorney(s) Joan Pradhan as soon as practicable by going to **Notices** and selecting **Notice of Appearance**. See Federal Rule of Civil Procedure 11 and Local Civil Rule 83.2 or Section IV(L) of the Electronic Filing Procedures.

    **Summons Form Incomplete**
    Summons(es) as filed did not include complete and/or correct party information as required by Federal Rule of Civil Procedure 4(a)(1). Please file the corrected summons(es) with complete party information by going to **Other Documents** and selecting **Praecipe for a Summons**. All summons(es) should be posted under this one event. Please refer to the Attorneys Guide to Opening a Civil Case for more information.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file