Hon. Brian A Tsuchida

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOYCAT, INC., on behalf of itself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Microsoft Corporation,<br><br>　　　　　　Defendant. | NO. 2:25−cv−00088−BAT<br><br>**NOTICE OF APPEARANCE** |

TO:　　　　The Clerk of the Court

AND TO:　　All Parties and Their Counsel of Record

　　YOU WILL PLEASE TAKE NOTICE that Joan M. Pradhan of Tousley Brain Stephens appears as attorney of record for Plaintiff and Putative Class in the above-entitled action without waiving any defense, including, without limitation, lack of jurisdiction, improper venue, insufficiency of process or insufficiency of service of process.

　　You are hereby directed to serve all future pleadings or papers, except original process, upon said attorney at her address listed below.

NOTICE OF APPEARANCE - 1

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

1
2    DATED this 16th day of January, 2025.
3                           TOUSLEY BRAIN STEPHENS PLLC
4
5                           By: *s/Joan M. Pradhan*
                                Joan Pradhan, WSBA #58134
6                               jpradhan@tousley.com
                                1200 Fifth Avenue, Suite 1700
7                               Seattle, Washington  98101
                                Telephone:  (206) 682-5600
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

NOTICE OF APPEARANCE - 2