Hon. Brian A. Tsuchida

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BOYCAT, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Microsoft Corporation,<br><br>Defendant. | NO. 2:25-cv-00088-BAT<br><br>**NOTICE OF RELATED CASE** |

Plaintiff Boycat, Inc., hereby provides notice pursuant to Local Civil Rule 3(g)(1) of the cases related to the above-captioned matter, styled as:

1. *Jennifer Brodiski v. Microsoft Corporation*, Case No. 2:25-cv-00112-TL

The above-listed case has the same defendant and involves similar claims.

DATED this 17th day of January, 2025.

TOUSLEY BRAIN STEPHENS PLLC


By: s/Jason T. Dennett
    Jason T. Dennett, WSBA #30686
    jdennett@tousley.com
    Joan M. Pradhan, WSBA #58134
    jpradhan@tousley.com
    1200 Fifth Avenue, Suite 1700
    Seattle, Washington  98101

NOTICE OF RELATED CASE - 1

| | |
|---|---|
| 1 | Telephone:  206.682.5600/Fax: 206.682.2992 |
| 2 | Gary M. Klinger (*pro hac vice* forthcoming)<br>**MILBERG COLEMAN BRYSON** |
| 3 | **PHILLIPS GROSSMAN, PLLC**<br>227 W. Monroe Street, Suite 2100 |
| 4 | Chicago, IL 60606<br>Telephone: (866) 252-0878 |
| 5 | gklinger@milberg.com |
| 6 | Alexandra M. Honeycutt (*pro hac vice* forthcoming) |
| 7 | **MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN, PLLC** |
| 8 | 800 S. Gay St., STE 1100<br>Knoxville, TN 37929 |
| 9 | Telephone: (866) 252-0878 |
| 10 | ahoneycutt@milberg.com |
| 11 | ***Attorneys for Plaintiff*** |

NOTICE OF RELATED CASE - 2

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992