UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE MICROSOFT BROWSER EXTENSION LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | No. 2:25-cv-00088-RSM<br><br>STIPULATED MOTION TO EXTEND DEADLINE FOR FILING CONSOLIDATED COMPLAINT AND ORDER |

Plaintiffs and Defendant Microsoft Corporation, by and through their undersigned counsel, hereby respectfully move this Court to enter an Order extending the deadline for Plaintiffs to file a Consolidated Complaint by thirty (30) days, up to and including May 2, 2025. The undersigned certify that the parties met and conferred prior to filing this Motion. As set forth below, good cause exists for the parties' requested extension.

1. Pursuant to the Court's Order on March 3, 2025, the deadline for Plaintiffs to file a Consolidated Complaint is within 30 days of appointment of Interim Class Counsel (Dkt. No. 28).

2. On March 3, 2025, the Court appointed Interim Class Counsel (Dkt. No. 29), making the Consolidated Complaint due on or before April 2, 2025.

3. On March 24, 2025, the Court granted the Parties' Stipulated Motion to Extend Deadlines for Rule 26(f) Conference and Initial Disclosures (Dkt. No. 31).

4.     On account of the complexity of the legal claims and factual matters at issue in the Consolidated Complaint—including the analysis of numerous Plaintiffs' factual allegations and the laws of multiples states—Plaintiffs seek an extension of thirty (30) days until May 2, 2025 in order to prepare the Consolidated Complaint.

5.     The parties met and conferred and agreed to mutually extend the deadline for the filing of Plaintiffs' Consolidated Complaint by thirty (30) days.

6.     If granted, this extension would in turn also extend the deadlines for subsequent filings as well. Pursuant to Dkt. No. 28, Microsoft's deadline for responding to the Consolidated Complaint is within 45 days after its filing; also, if Microsoft responds by a motion to dismiss, the deadline for Plaintiffs' opposition to the motion to dismiss is within 45 days of the motion, and the deadline for Microsoft's reply is within 21 days of the opposition (Dkt. No. 28).

THEREFORE, the parties respectfully request that the Court enter the attached proposed order extending the deadline for Plaintiffs to file the Consolidated Complaint by thirty (30) days to May 2, 2025.

I certify that this memorandum contains 335 words, in compliance with the Local Civil Rules

Dated: March 25, 2025

By: *Derek W. Loeser*
Derek W. Loeser, WSBA #24274
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
dloeser@kellerrohrback.com

Jason T. Dennett, WSBA #30686
jdennett@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 682-5600

```
                        Gary M. Klinger (pro hac vice)
                        MILBERG COLEMAN BRYSON PHILLIPS
                        GROSSMAN, PLLC
                        227 W. Monroe Street, Suite 2100
                        Chicago, IL 60606
                        Telephone: (866) 252-0878
                        gklinger@milberg.com

                        Adam E. Polk (pro hac vice)
                        GIRARD SHARP LLP
                        601 California Street, Suite 1400
                        San Francisco, CA 94108
                        Telephone: (415) 981-4800
                        apolk@girardsharp.com
```

**Interim Class Counsel**

Dated: March 25, 2025        By: *Fred B. Burnside*
                        Fred B. Burnside, WSBA #32491
                        DAVIS WRIGHT TREMAINE LLP
                        920 Fifth Avenue, Suite 3300
                        Seattle, WA 98104-1610
                        Telephone: (206) 622-3150
                        E-mail: fredburnside@dwt.com

                        George Gordon (admitted *pro hac vice*)
                        Julia Chapman (admitted *pro hac vice*)
                        Caroline Power (admitted *pro hac vice*)
                        DECHERT LLP
                        Cira Centre, 2929 Arch Street
                        Philadelphia, PA 19104
                        Telephone: (215) 994-4000
                        george.gordon@dechert.com
                        julia.chapman@dechert.com
                        caroline.power@dechert.com

                        Gregory Chuebon (admitted *pro hac vice*)
                        DECHERT LLP
                        1095 6th Ave
                        New York, NY 10036
                        Telephone: (212) 698-3500
                        greg.chuebon@dechert.com

**Attorneys for Defendant Microsoft Corporation**

**ORDER**

This matter comes before the Court on the Parties' Stipulated Motion to Extend Deadline for Filing the Consolidated Complaint and [Proposed] Order. The Court GRANTS the Parties' Stipulated Motion and establishes the following schedule:

- The deadline for filing the Consolidated Complaint is extended by thirty (30) days to May 2, 2025;
- Microsoft will respond to the Consolidated Complaint within 45 days after the filing of Plaintiffs' Consolidated Complaint;
- If Microsoft responds by way of motion to dismiss, Plaintiffs shall file an opposition to the motion to dismiss within 45 days of the motion; and Microsoft shall have 21 days to file a reply.

IT IS SO ORDERED.

DATED this 25th day of March, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER (No. 2:25-cv-00088-RSM) -1