1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOYCAT, INC., on behalf of itself and all others similarly situated,

                     Plaintiff,

        v.

Microsoft Corporation,

                     Defendant.

NO. 2:25−cv−00088−BAT

**NOTICE OF**

**WITHDRAWAL**

TO:          The Clerk of the Court

AND TO:      All Parties and Their Counsel of Record

     PLEASE TAKE NOTICE that Caroline Power of Dechert LLP withdraws her

appearance as attorney of record for Defendant Microsoft Corporation in the above-entitled

action pursuant to Local Civil Rule 83.2(b)(2).  Defendant Microsoft Corporation will continue

to be represented Dechert LLP and Davis Wright Tremaine LLP and attorneys at those firms

who have entered their appearances in this matter.

     Ms. Power respectfully requests that she be removed from the service list in this case.

NOTICE OF APPEARANCE - 1

1

2      DATED this 4th day of April, 2025.

3                              Respectfully submitted,

4

5                          By: */s/ Caroline Power*
                               Caroline Power
6                              PA Bar No. 318587
                               Dechert LLP
7                              Cira Centre
                               2929 Arch Street
8                              Philadelphia, PA 19104
                               Telephone: (215)-994-2167
9                              Facsimile: (215)-994-222
                               caroline.power@dechert.com
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE - 2