UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE MICROSOFT BROWSER EXTENSION LITIGATION | No. 2:25-cv-00088-RSM<br><br>**STIPULATION AND ORDER TO FILE FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

STIPULATION AND ORDER TO FILE
FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT - 1

Plaintiffs Aaron Ramirez, Colbow Design LLC, Daniel Perez, David Hiser, Justin Tech Tips LLC, and Storm Productions LLC, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant Microsoft Corp. ("Microsoft"), through counsel, and pursuant to Fed R. Civ. Pro. 15(a)(2) and LCR 15, hereby stipulate and agree as follows:

1. WHEREAS pursuant to the Court's Order on March 25, 2025 (Dkt. No. 33), on May 2, 2025 Plaintiffs filed a Consolidated Amended Complaint (Dkt. No. 39);

2. WHEREAS pursuant to the Court's Order on March 25, 2025 (Dkt. No. 33), Microsoft's response to the Consolidated Amended Complaint is currently due by June 16, 2025;

3. WHEREAS Plaintiffs have requested and Microsoft has consented to Plaintiffs filing a First Amended Consolidated Class Action Complaint, attached as Exhibit A with redlines pursuant to LCR 15, by no later than June 13, 2025.

THEREFORE, the parties respectfully request that the Court enter the attached proposed order that Plaintiffs may file a First Amended Consolidated Class Action Complaint by no later than June 13, 2025.

I certify that this memorandum contains 174 words, in compliance with the Local Civil Rules.

Dated: June 13, 2025     By:  */s/ Fred B. Burnside*
Fred B. Burnside, WSBA #32491
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
E-mail: fredburnside@dwt.com

George Gordon (admitted *pro hac vice*)
Julia Chapman (admitted *pro hac vice*)
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
george.gordon@dechert.com
julia.chapman@dechert.com

Gregory Chuebon (admitted *pro hac vice*)
DECHERT LLP
1095 6th Ave
New York, NY 10036
Telephone: (212) 698-3500
greg.chuebon@dechert.com

***Attorneys for Defendant Microsoft Corporation***

Dated: June 13, 2025     By:  */s/ Derek W. Loeser*
Derek W. Loeser, WSBA #24274
KELLER ROHRBACK, L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
Telephone: (206) 623-3384
dloeser@kellerohrback.com

Dated: June 13, 2025     By:  */s/ Jason T. Dennett*
Jason T. Dennett, WSBA #30686
jdennett@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: (206) 682-5600

STIPULATION AND ORDER TO FILE
FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT - 3

1
2  Dated: June 13, 2025        By:  */s/ Gary M. Klinger*
3                                   Gary M. Klinger (*pro hac vice*)
                                    MILBERG COLEMAN BRYSON
                                    PHILLIPS GROSSMAN, PLLC
4                                   227 W. Monroe Street, Suite 2100
                                    Chicago, IL 60606
5                                   Telephone: (866) 252-0878
                                    gklinger@milberg.com
6
7
8  Dated: June 13, 2025        By:  */s/ Adam E. Polk*
                                    Adam E. Polk (*pro hac vice*)
9                                   GIRARD SHARP LLP
                                    601 California Street, Suite 1400
10                                  San Francisco, CA 94108
                                    Telephone: (415) 981-4800
11                                  apolk@girardsharp.com

12                                  ***Interim Class Counsel***

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER TO FILE
FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT - 4

## ORDER

**IT IS SO ORDERED.**

DATED this 13th day of June, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO FILE
FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT - 5