UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE MICROSOFT BROWSER EXTENSION LITIGATION | No. 2:25-cv-00088-RSM<br><br>**STIPULATION AND ORDER RE BRIEFING SCHEDULE** |

STIPULATION AND ORDER RE
BRIEFING SCHEDULE - 1

Plaintiffs Aaron Ramirez, Colbow Design LLC, Daniel Perez, David Hiser, Justin Tech Tips LLC, and Storm Productions LLC, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendant Microsoft Corp. ("Microsoft"), through counsel, and pursuant to Fed R. Civ. Pro. 15(a)(2) and LCR 15, hereby stipulate as follows:

1. The parties have stipulated to Plaintiffs filing a First Amended Consolidated Class Action Complaint by no later than June 13, 2025;

2. Microsoft shall respond to the First Amended Consolidated Class Action Complaint within 14 days of Plaintiffs' filing of a First Amended Consolidated Class Action Complaint;

3. If Microsoft responds by way of a motion to dismiss, Plaintiffs shall file an opposition to the motion to dismiss within 45 days of the motion, and Microsoft shall have 21 days to file a reply.

THEREFORE, the parties respectfully request that the Court enter the attached proposed order for the briefing schedule as set forth above.

I certify that this memorandum contains 156 words, in compliance with the Local Civil Rules.

Dated: June 13, 2025     By:   */s/ Fred B. Burnside*
　　　　　　　　　　　　　　　Fred B. Burnside, WSBA #32491
　　　　　　　　　　　　　　　DAVIS WRIGHT TREMAINE LLP
　　　　　　　　　　　　　　　920 Fifth Avenue, Suite 3300
　　　　　　　　　　　　　　　Seattle, WA 98104-1610
　　　　　　　　　　　　　　　Telephone: (206) 622-3150
　　　　　　　　　　　　　　　E-mail: fredburnside@dwt.com

　　　　　　　　　　　　　　　George Gordon (admitted *pro hac vice*)
　　　　　　　　　　　　　　　Julia Chapman (admitted *pro hac vice*)
　　　　　　　　　　　　　　　DECHERT LLP
　　　　　　　　　　　　　　　Cira Centre, 2929 Arch Street
　　　　　　　　　　　　　　　Philadelphia, PA 19104
　　　　　　　　　　　　　　　Telephone: (215) 994-4000
　　　　　　　　　　　　　　　george.gordon@dechert.com
　　　　　　　　　　　　　　　julia.chapman@dechert.com

　　　　　　　　　　　　　　　Gregory Chuebon (admitted *pro hac vice*)
　　　　　　　　　　　　　　　DECHERT LLP
　　　　　　　　　　　　　　　1095 6th Ave
　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　Telephone: (212) 698-3500
　　　　　　　　　　　　　　　greg.chuebon@dechert.com

　　　　　　　　　　　　　　　***Attorneys for Defendant Microsoft Corporation***

Dated: June 13, 2025     By:   */s/ Derek W. Loeser*
　　　　　　　　　　　　　　　Derek W. Loeser, WSBA #24274
　　　　　　　　　　　　　　　KELLER ROHRBACK, L.L.P.
　　　　　　　　　　　　　　　1201 Third Avenue, Suite 3400
　　　　　　　　　　　　　　　Seattle, WA 98101-3268
　　　　　　　　　　　　　　　Telephone: (206) 623-3384
　　　　　　　　　　　　　　　dloeser@kellerrohrback.com

Dated: June 13, 2025     By:   */s/ Jason T. Dennett*
　　　　　　　　　　　　　　　Jason T. Dennett, WSBA #30686
　　　　　　　　　　　　　　　TOUSLEY BRAIN STEPHENS PLLC
　　　　　　　　　　　　　　　1200 Fifth Avenue, Suite 1700
　　　　　　　　　　　　　　　Seattle, Washington 98101
　　　　　　　　　　　　　　　Telephone: (206) 682-5600
　　　　　　　　　　　　　　　jdennett@tousley.com

STIPULATION AND ORDER RE
BRIEFING SCHEDULE - 3

Dated: June 13, 2025      By:  */s/ Gary M. Klinger*
                                                Gary M. Klinger (*pro hac vice*)
                                                MILBERG COLEMAN BRYSON
                                                PHILLIPS GROSSMAN, PLLC
                                                227 W. Monroe Street, Suite 2100
                                                Chicago, IL 60606
                                                Telephone: (866) 252-0878
                                                gklinger@milberg.com

Dated: June 13, 2025      By:  */s/ Adam E. Polk*
                                                Adam E. Polk (*pro hac vice*)
                                                GIRARD SHARP LLP
                                                601 California Street, Suite 1400
                                                San Francisco, CA 94108
                                                Telephone: (415) 981-4800
                                                apolk@girardsharp.com

**Interim Class Counsel**

STIPULATION AND ORDER RE
BRIEFING SCHEDULE - 4

**ORDER**

**IT IS SO ORDERED.**

DATED this __13th____ day of June, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE
BRIEFING SCHEDULE - 5