UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE MICROSOFT BROWSER EXTENSION LITIGATION | Consolidated Case No. 2:25-cv-00088-RSM<br><br>**STIPULATED MOTION AND ORDER TO EXTEND TIME FOR JOINT STATUS REPORT** |

WHEREAS, pursuant to the Court's Order on March 21, 2025, Dkt. 31, the deadline to file the Joint Status Report was set for 45 days after the filing of the Consolidated Class Action Complaint;

WHEREAS, on May 2, 2025, the Consolidated Class Action Complaint was filed, Dkt. 39;

WHEREAS, on May 16, 2025, the Parties held the FRCP 26(f) Conference for this matter;

WHEREAS, following the FRCP 26(f) Conference, the parties have continued to discuss in good faith matters related to the Joint Status Report;

WHEREAS, the parties believe that a brief extension to file the Joint Status Report to June 23rd, 2025, will provide them with sufficient time to agree on a proposed case schedule and finalize the report;

STIPULATED MOTION AND ORDER TO EXTEND TIME
FOR JOINT STATUS REPORT
Consolidated Case No. 2:25-cv-00088-RSM - 1

THEREFORE, the parties jointly request the date by which they must file the Joint Status Report be extended to June 23rd, 2025.

I certify that this memorandum contains 142 words, in compliance with the Local Civil Rules.

| | |
|---|---|
| Dated: June 16, 2025 | By: *s/Derek W. Loeser*<br>Derek W. Loeser, WSBA #24274<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3400<br>Seattle, WA 98101-3268<br>Telephone: (206) 623-1900<br>Facsimile: (206) 623-3384<br>dloeser@kellerrohrback.com<br>claufenberg@kellerrohrback.com<br>adaniel@kellerrohrback.com<br>kfisher@kellerrohrback.com<br>alindsay@kellerrohrback.com |
| Dated: June 16, 2025 | By: *s/Jason T. Dennett*<br>Jason T. Dennett, WSBA #30686<br>Joan Pradhan, WSBA #58134<br>TOUSLEY BRAIN STEPHENS PLLC<br>1200 Fifth Avenue, Suite 1700<br>Seattle, Washington 98101<br>Telephone: (206) 682-5600<br>jdennett@tousley.com<br>jpradhan@tousley.com |
| Dated: June 16, 2025 | By: *s/Gary M. Klinger*<br>Gary M. Klinger (pro hac vice)<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Telephone: (866) 252-0878<br>gklinger@milberg.com |
| Dated: June 16, 2025 | By: *s/Adam E. Polk*<br>Adam E. Polk (*pro hac vice*)<br>Simon S. Grille (*pro hac vice*)<br>GIRARD SHARP LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800<br>apolk@girardsharp.com<br>sgrille@girardsharp.com |

***Interim Class Counsel***

| | | |
|---|---|---|
| 1 | Dated: June 16, 2025 | By: By: *s/Fred B. Burnside*<br>Fred B. Burnside, WSBA #32491<br>DAVIS WRIGHT TREMAINE LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Telephone: (206) 622-3150<br>E-mail: fredburnside@dwt.com |
| | | |
| | | George Gordon (admitted *pro hac vice*)<br>Julia Chapman (admitted *pro hac vice*)<br>Caroline Power (admitted *pro hac vice*)<br>DECHERT LLP<br>Cira Centre, 2929 Arch Street<br>Philadelphia, PA 19104<br>Telephone: (215) 994-4000<br>george.gordon@dechert.com<br>julia.chapman@dechert.com<br>caroline.power@dechert.com |
| | | |
| | | Gregory Chuebon (admitted *pro hac vice*)<br>DECHERT LLP<br>1095 6th Avenue<br>New York, NY 10036<br>Telephone: (212) 698-3500<br>greg.chuebon@dechert.com |
| | | |
| | | ***Attorneys for Defendant Microsoft Corporation*** |

STIPULATED MOTION AND ORDER TO EXTEND TIME
FOR JOINT STATUS REPORT
Consolidated Case No. 2:25-cv-00088-RSM - 3

**ORDER**

This matter comes before the Court on the Parties' Stipulated Motion to Extend Time for Joint Status Report. The Court GRANTS the Parties' Stipulated Motion to Extend Time. The deadline for the Joint Status Report shall occur no later than June 23, 2025.

Date this 17th day of June, 2025.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE