The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE MICROSOFT BROWSER EXTENSION LITIGATION | No. 2:25-cv-00088-RSM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |

THIS MATTER came before the Court on Defendant Microsoft Corporation's ("Microsoft") Motion to Dismiss Plaintiffs' Claims Under Rules 12(b)(1) and 12(b)(6) (the "Motion") in this action.

The Court ORDERS that Microsoft's Motion to Dismiss is GRANTED, and the case is DISMISSED with prejudice for lack of Article III standing under Rule 12(b)(1) and for failure to state a claim under Rule 12(b)(6).

It is hereby ORDERED that that:

Defendant's Motion to Dismiss is GRANTED and the case is Dismissed with prejudice.

IT IS SO ORDERED.

ENTERED this ____ day of _____, 2025.

_____
Honorable Ricardo S. Martinez
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS (2:25-cv-00088-RSM) - 1

DAVIS WRIGHT TREMAINE LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

PRESENTED BY:

By: */s/ Fred B. Burnside*

Fred B. Burnside, WSBA #32491
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
E-mail: fredburnside@dwt.com

George Gordon (admitted *pro hac vice*)
Julia Chapman (admitted *pro hac vice*)
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
george.gordon@dechert.com
julia.chapman@dechert.com

Gregory Chuebon (admitted *pro hac vice*)
DECHERT LLP
1095 6th Ave
New York, NY 10036
Telephone: (212) 698-3500
greg.chuebon@dechert.com

*Attorneys for Defendant Microsoft Corporation*

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS (2:25-cv-00088-RSM) - 2

DAVIS WRIGHT TREMAINE LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax