The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE MICROSOFT BROWSER EXTENSION LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | No. 2:25-cv-00088-RSM<br><br>**MICROSOFT CORPORATION'S SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT** |

MICROSOFT'S SUPP. AUTHORITY IN SUPPORT OF ITS MOTION TO
DISMISS CONSOL. CLASS ACTION COMPL. (2:25-CV-00088-RSM)

DAVIS WRIGHT TREMAINE LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Defendant Microsoft Corporation respectfully submits this Notice of Supplemental Authority regarding the attached November 21, 2025, opinion in *In re PayPal Honey Browser Extension Litigation*, 5:24-cv-09470-BLF (N.D. Cal. Nov. 21, 2025) (the "PayPal Opinion").

The PayPal Opinion, granting PayPal Inc.'s motion to dismiss allegations that "PayPal used its free web browser extension to steal affiliate commissions earned by Plaintiffs in the e-commerce market," PayPal Opinion at 1, is relevant to Microsoft's currently pending Motion to Dismiss. *See* PayPal Opinion at 4-6 (addressing standing), 7-9 (CFAA), 9-10 (unjust enrichment), 10 (tortious interference), and 10-11 (consumer protection); Microsoft's Motion to Dismiss [Dkt. 57] at 4-10 (addressing standing), 10-15 (tortious interference), 15-17 (unjust enrichment), 17-20 (consumer protection), 21-23 (CFAA); Microsoft's Reply in Support of its Motion to Dismiss [Dkt. 59] at pages 4-6 (addressing standing), 6-8 (tortious interference), 8-9 (unjust enrichment), 9-10 (consumer protection), and 11-12 (CFAA).

DATED this 26th day of November, 2025.

By  */s/ Fred B. Burnside*
Fred B. Burnside, WSBA #32491
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
E-mail:  fredburnside@dwt.com

George Gordon (admitted *pro hac vice*)
Julia Chapman (admitted *pro hac vice*)
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-4000
george.gordon@dechert.com
julia.chapman@dechert.com

Gregory Chuebon (admitted *pro hac vice*)
DECHERT LLP
1095 6th Ave
New York, NY 10036
Telephone: (212) 698-3500
greg.chuebon@dechert.com

*Attorneys for Defendant Microsoft Corporation*

MICROSOFT'S SUPP. AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS CONSOL. CLASS ACTION COMPL. (2:25-CV-00088-RSM) — 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700

# CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2025, the foregoing *Microsoft's Supplemental Authority in Support of Its Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint* was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receive CM/ECF notification.

DATED this 26th day of November, 2025.

/s/ Fred Burnside

Fred B. Burnside, WSBA #32491
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: (206) 622-3150
E-mail: fredburnside@dwt.com

***Attorney for Defendant Microsoft Corporation***

MICROSOFT'S SUPP. AUTHORITY IN SUPPORT OF ITS MOTION TO
DISMISS CONSOL. CLASS ACTION COMPL. (2:25-CV-00088-RSM) — 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700