UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: MICROSOFT BROWSER
EXTENSION LITIGATION

CASE NO. C25-88RSM

ORDER DENYING STIPULATED
MOTION FOR PROTECTIVE ORDER

This matter comes before the Court on the parties' Stipulated Motion for Protective Order, Dkt. #61.

"The court may enter a proposed stipulated protective order as an order of the court if it adequately and specifically describes the justification for such an order, it is consistent with court rules, it does not purport to confer blanket protection on all disclosures or responses to discovery, its protection from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment under the applicable legal principles, and it does not presumptively entitle the parties to file confidential information under seal." LCR 26(c)(2).

The Court finds that the proposed Protective Order does not conform to the above requirements. The parties include a redlined version of the Court's Model Protective Order with some radical changes. Under the section entitled Confidential Material, the Court's Model Protective Order instructs: "[t]he parties must include a list of specific documents such as 'company's customer list' or 'plaintiff's medical records;' do not list broad categories of documents such as 'sensitive business material.'" The parties have listed the following categories of confidential documents:

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER – 1

> …all non-public information that the Designating Party reasonably believes should be protected from public disclosure, including because such information (i) is proprietary to the Designating Party, *e.g.*, a trade secret or other confidential research, development or commercial information; or (ii) implicates an individual's legitimate expectation of privacy.

Dkt. #61 at 5.

The Court finds that the parties have impermissibly left the door open to labeling a wide variety of documents as confidential. The parties refuse to follow the Court's suggestion to list specific documents. The parties do not really even list *categories* of documents; instead, the designating parties can pretty much designate *anything* as confidential if it is reasonable to do so. Suggestions for what should be confidential include vague categories such as "confidential… commercial information." This is essentially the same as "sensitive business material," something that is specifically called out in the model order for being overly broad. The parties submit no argument to justify a departure from the model protective order's guidelines. Accordingly, this Motion will be denied.

Having reviewed the briefing, along with the remainder of the record, the Court hereby finds and ORDERS that the parties' Stipulated Motion for Protective Order, Dkt. #61, is DENIED. The Court advises the parties to come up with a more specific list of confidential documents and to re-submit this motion.

DATED this 1st day of December, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER – 2